In the Interest of W.J.T., Plaintiff.

Robert A. THARP, Appellant,

v.

Joanne McDONNELL, (formerly
Tharp), Respondent.

No. WD 47582.

Missouri Court of Appeals,
Western District.

Jan. 25, 1994.

**560**

Sheldon Bernstein, Kansas City, for appellant.

Anthony Rex Gabbert, Liberty, for guardian ad litem.

Joseph Michael Svetlic, Gladstone, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

## ORDER

PER CURIAM.

Fathers appeal from a court order of restricted visitation, appointment of the Division of Family Services as "responsible adult" to supervise pursuant to § 452.400.2 RSMo Supp.1991, and child support order.

Judgment affirmed. Rule 84.16.